| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-464 (SCC) |
| Plaintiff | |
| v. | |
| SHAQUILLE J. GONZÁLEZ-HERNÁNDEZ | |
| Defendant | |

**SENTENCING MEMORANDUM**

TO THE HONORABLE COURT:

COMES NOW, defendant Shaquille J. González-Hernández (hereinafter "Mr. González-Hernández"), through his undersigned attorney and respectfully states and prays:

1.     The present case presents the Court with the responsibility of imposing just punishment to a young person that due to his lack of maturity and wrongly choosing of "friends" calls forfeited a promising working law abiding family life.

2.     The circumstances are very sad.  Mr. González-Hernández is a well-cared and respected member of his community.  While young Mr. González-Hernández built a successful landscaping business and with its proceeds was able to purchase a crane truck. This endeavor was commencing but was being successful.

3.     Shaquille, as described by his loving mother, has always been shy, quiet and a very hard worker.  He was always ready to lend a helping hand to his relatives and friends.  He helped in Church matter whenever was asked to do so.  His hard work got rewarded by being sought after to do landscaping work.  When he purchased the

crane, his entrepreneurial spirit moved him to seek help to employ others to provide services in the crane truck which proved to be profitable. Shaquille is the type of person that is such a good person that is known by everyone in the "barrio" or ward. He was well-known and liked. His good nature, however, led him to relate and get to know persons who were involved in criminal acts.

4. These so called "friends" invited Shaquille to participate in the venture that led to his arrest. His arrest came a surprise to his family. Particularly to his wife and mother as Shaquille was always around the house and taking care of his family. His mother resides in the same street as him and he was always there doing chores, helping out and looking out for his beloved daughter and her cousins. "Without Shaquille the house is not the same" says his mother. "He was the one who was always looking to set up a pool or a video game for the young girls to play."

5. The record in this case has significant evidence that Shaquille is a good-natured person as described by his family. For purposes of bail dozens of letters and documents were filed confirming this allegation. His family and true friends' support is undiminished after his arrest as the documents in the record shows. After his arrest and notwithstanding the same Mr. Mr. González-Hernández was offered employment at "Arepas y Pastelillos Nitza" and at "El Coral Restaurante & Pescadería".

6. His good reputation in the community was eloquently put forth by two (2) community leaders, which letters are filed in the record in this case. Mr. González-Hernández contributed to food drives and provided voluntary work to the Pentecostal church in his community. Pastor Victor M. De Jesus, the Pentecostal Church pastor, explained in a letter provided by him that Mr. González-Hernández is a member of the

church and has always helped and cooperated with the same. Likewise, the President of Junta Comunitaria de la Playa Húcares in Naguabo, Puerto Rico, Mr. Carlos Iván Pérez-García provided a letter showing not only his high esteem of Mr. González-Hernández, but that of the community he represents. He explains that Mr. González-Hernández has always cooperated with his community but after Hurricane Maria and thereafter. He confirms his participation in food drives and his help in the Pentecostal Church. He describes him as a person that is never involved in problems with other residents, very dedicated worker, and good parent.

6. As of today, Mr. Hernández-González has been incarcerated for almost 2 years in a maximum-security prison. Almost immediately after his first appearance in Court the undersigned approached the Government to seek a non-trial resolution of this case without further delay. Why? Because Mr. Hernández-González wanted to be designated as soon as possible to be able to avail himself of real rehabilitation programs not available during his pretrial detention. He wants to study, improve his knowledge of English and work.

7. In fact, even during his pretrial detention, when he has been offered employment Shaquille has worked. He did work in Salinas in a maintenance work detail. Sadly, in Guayama he has not been provided the same opportunity.

8. Mr. Hernández-González is sober. He has learned a hard lesson and is ready to move forward. He is ready to, with the help of his family, to move forward. To complete his education, obtain employment, build a family and become a productive citizen. Mr. Hernández-González has very supportive parents who regularly visited him at the institutions where he was detained.

9.      The negotiation for the plea entered in this case only extended because initially the Government was not ready to provide a plea offer.  Further conversations did not produce any reduction to stipulated amount of cocaine for which the plea agreement in essence is similar to a "straight plea" acceptance of responsibility.  The Guidelines, given the amount of cocaine seized, imposes a significant and hefty sentence to a true first-time offender as Mr. Mr. Hernández-González.  135 months is a very hard sentence for the individual that we have described in this motion.  135 months is hard for him and his family.  However, that is the recommendation agreed to by both parties and is more than sufficient to satisfy any sentencing purpose.

10.      The Government filed a sentencing memorandum at Docket 96 and is also requesting the imposition of a 135 months sentence.

11.      We finalize this memorandum noting that pursuant to the Judiciary Sentencing Information report included with the PSR at Docket 94 it draws that similarly situated defendants with a Final Offense Level of 33 are mostly sentenced between 109 to 120 months making this case one were the recommended sentence is beyond the average and median length of imprisonment for similarly situated defendants.

**WHEREFORE,** it is respectfully requested that this Honorable Court takes into consideration all of the aforementioned facts in sentencing the appearing defendant.

**Respectfully submitted**.

**I HEREBY CERTIFY**: That on February 13, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems that will send notification of such filling.

In San Juan, Puerto Rico, this February 13, 2024.

S/RAÚL S. MARIANI FRANCO
RAÚL S. MARIANI FRANCO
USDC-PR NO.: 210309
P.O. BOX 9022864
SAN JUAN, PR 00902-2864
Tel.: (787) 620-0038
Fax: (787) 620-0039
[marianifrancolaw@gmail.com](mailto:marianifrancolaw@gmail.com)